# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Jaison Francisco, et al.

                                      Plaintiff,

v.                                                      Case No.: 1:26–cv–07028
                                                        Honorable April M. Perry

tastytrade, Inc.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 16, 2026:

      MINUTE entry before the Honorable April M. Perry: The parties are to file a joint initial status report, consistent with the template on Judge Perry's website, by 6/30/2026. The parties should note in the status report which of the motions that show as pending on the docket [2][7][9][13][14] are still at issue and which should be struck as moot or need to be re–filed in light of the case's transfer. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.