**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jaison Francisco, et al.
Plaintiff,
v.
Case No.: 1:26−cv−07028
Honorable April M. Perry
Tastytrade, Inc.
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 5, 2026:

MINUTE entry before the Honorable April M. Perry: The Court appreciates the most recent status report submitted by the parties [34]. The stay in this matter shall remain in place at least until at least the final resolution of Plaintiff's Seventh Circuit case. The parties are to file a joint status report within 10 days of the end of any appeal of that matter (or the end of the time to file an appeal) or the conclusion of the pending arbitration before the NFA, whichever is earlier. Plaintiff is reminded that if he does not want to pursue this litigation, he must file a notice of voluntary dismissal. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.